UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
CINDY NG,                                                    :
                                                             :
                            Plaintiff,                       :     ORDER REGULATING
                                                             :     PROCEEDINGS
                                                             :
            v.                                               :     20 Civ. 4315 (AKH)
                                                             :
VARONIS SYSTEMS, INC. et al.,                                :
                                                             :
                            Defendants.                      :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On July 9, 2021, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, Defendants shall move for summary judgment by July 30, 2021, with opposition papers due by September 9, 2021, and reply papers due by September 20, 2021.

       SO ORDERED.

Dated:    July 9, 2021                       _____/s/_____
           New York, New York         ALVIN K. HELLERSTEIN
                                            United States District Judge