UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CINDY NG,

                                 Plaintiff,

    -against-

VARONIS SYSTEMS, INC., et al.,

                              Defendants.
---------------------------------------------------------------- x

**ORDER AMENDING CAPTION**

20 Civ. 4315 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       It is hereby ordered that Clerk shall change the caption of the above-captioned matter to reflect the correct spelling of Defendant's name by changing the caption from "Ng v. Veronis Systems, Inc. et al." to "Ng v. Varonis Systems, Inc., et al.".

       SO ORDERED.

Dated:    March 30, 2022                      /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                                 United States District Judge