UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CINDY NG,

                Plaintiff,

-against-

VARONIS SYSTEMS, INC., et al.,

                Defendants.

---

**ORDER**

20 Civ. 4315 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On June 28, 2022 the parties participated in a settlement conference with Magistrate Judge Robert W. Lehrburger. At the conference, the parties reached a resolution of their dispute. A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

    SO ORDERED.

Dated:    June 29, 2022                /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                      United States District Judge